1 | MICHAEL C. BAUM (SBN 65158)
RESCH POLSTER & BERGER LLP
2 | 9200 Sunset Boulevard, Ninth Floor
Los Angeles, California 90069-3604
3 | Telephone: 310-277-8300
Facsimile:  310-552-3209

4

5 | Attorneys for Defendants Kermit Douglas
Schayltz and Leo Yuming Chu aka Leo Yu Chu,
individually and dba The Lucky Derby aka
6 | Froggy's Sports Bar; and Point Walker, Inc. dba
The Lucky Derby aka Froggy's Sports Bar

7

8 | **UNITED STATES DISTRICT COURT**

9 | **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

10

11 | J & J SPORTS PRODUCTIONS, INC.,          CASE No. 10CV-01048 JAM (KJM)

12 |                   Plaintiff,            **JOINT STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS, KERMIT DOUGLAS SCHAYLTZ, LEO YUMING CHU A/K/A LEO YU CHU, INDIVIDUALLY AND D/B/A THE LUCKY DERBY AKA FROGGY'S SPORTS BAR, AND POINT WALKER, INC., D/B/A THE LUCKY DERBY A/K/A FROGGY'S SPORTS BAR, TO FILE AN ANSWER TO PLAINTIFF, J&J SPORTS PRODUCTIONS, INC.'S COMPLAINT**

13 |          vs.

14 | KERMIT DOUGLAS SCHAYLTZ and LEO YUMING CHU a/k/a LEO YU CHU, INDIVIDUALLY and d/b/a THE LUCKY DERBY aka FROGGY'S SPORTS BAR; and POINT WALKER, INC., an unknown business entity d/b/a THE LUCKY DERBY a/k/a FROGGY'S SPORTS BAR,

18 |                  Defendants.            **[LOCAL RULE, 143 AND 144]**

19 |                                         Judge:   Hon. John A. Mendez

PDF created with pdfFactory trial version www.pdffactory.com

## JOINT STIPULATION AND ORDER

Plaintiff J&J Sports Productions, Inc. ("Plaintiff") and Defendants, Kermit Douglas Schayltz, Leo Yuming Chu a/k/a Leo Yu Chu, individually and d/b/a "The Lucky Derby" aka "Froggy's Sports Bar and Point Walker, Inc. (collectively, the "Defendants"), through their respective counsel, hereby stipulate as follows:

1.      On April 29, 2010, Plaintiff filed its Complaint with the Court.

2.      On September 1, 2010, Plaintiff served its Complaint on Defendants.

3.      Plaintiff and Defendants' counsel now desire to enter into a Stipulation to provide additional time for Defendants to respond to the Complaint by way of answer only. Therefore, the parties wish extend time up to and including November 4, 2010, within which Defendants may file their initial answer to Plaintiff's Complaint.

4.      Further, Defendants agree to allow Plaintiff *one* thirty (30) day extension for use by the Plaintiff during discovery, at Plaintiff's discretion, with written notice to Defendants.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

PDF created with pdfFactory trial version www.pdffactory.com

1   DATED: October 5, 2010                RESCH POLSTER & BERGER LLP

2

3                                          By:   /s/ Michael C. Baum
                                                 _____
4                                                MICHAEL C. BAUM
                                                 Attorneys for Defendants Kermit Douglas Schayltz
5                                                and   Leo   Yuming   Chu   aka   Leo   Yu   Chu,
                                                 individually   and   dba   The   Lucky   Derby   aka
6                                                Froggy's   Sports   Bar;   and   Point   Walker,   Inc.   dba
                                                 The Lucky Derby aka Froggy's Sports Bar
7

8

9   DATED: October 5, 2010                LAW OFFICES OF THOMAS P. RILEY

10

11                                         By:   /s/ Thomas P. Riley
                                                 _____
12                                               THOMAS P. RILEY
                                                 Attorneys for Plaintiff J&J Sports Productions, Inc.
13

14

15          Based on the Joint Stipulation, **IT IS HEREBY ORDERED THAT**:

16          1.   Defendants may have up to and including November 4, 2010 to file their initial

17               answer to Plaintiff's Complaint; and

18          2.   Defendants will have one thirty (30) days extension to be used by Plaintiff during

19               discovery with notice to Defendants.

20          **IT IS SO ORDERED.**

21

22   DATED:  October 6,  2010
                                                 /s/ John A. Mendez
                                                 _____
23                                               Honorable John A. Mendez, U.S. District Court
                                                 Judge
24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com